IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE THE MATTER OF: | ) |
| | ) CHAPTER 13 |
| | ) |
| **Brenda Townsend,** | ) |
| | ) |
| | ) CASE NO.08-31533 |
| Debtor(s). | ) |

**Objection to Trustees Motion to Modify.**

COME NOW the Debtors, by and through attorney, and hereby file an objection to the to the Trustees Motion to modify the plan:

1. On, to wit, the 5th day of August,2008, the Debtor filed a chapter 13 case listing **Credit Acceptance**. as a creditor.

2. The creditor filed a proof of claim in the above styled cause of action on 3rd day of April , 2009, said claim being filed as a secured claim based upon a debt, which they claim to be in the amount of $4233.84. This is a debt upon which the Debtor co-signed with a Jennifer Owens for a vehicle that is not in the Debtor's possession.

3. This claim is a late filed claim and is due to be disallowed.

4. The Trustee has filed a motion to modify based upon this claim filed. the claim is due to be disallowed.

WHEREFORE, the premises considered, the Debtors object to **the Trustees motion to modify the case.**

DONE this day: August 25, 2009.

Case 08-31533   Doc 25   Filed 08/25/09   Entered 08/25/09 16:19:28   Desc Main
Document     Page 1 of 2

/s/Richard D. Shinbaum
                                        Richard D. Shinbaum
                                        Attorney for the Debtor

Of Counsel:

Shinbaum, McLeod and Campbell, P.C.
Post Office Box 201
Montgomery, Alabama 36101
(334) 269-4440

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing Objection on all parties listed below by mailing a copy of the same to them on this day: August 25, 2009.

Hon. Curtis C. Reding
Trustee in Chapter 13
P.O. Box 173
Montgomery, Alabama 36101

                                        /s/ Richard D. Shinbaum
                                        Richard D. Shinbaum